# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 23-1309**                          **September Term, 2023**

**NLRB-FR8873946-10/27/2023**

**Filed On: November 7, 2023** [2025766]

Service Employees International Union,

      Petitioner

   v.

National Labor Relations Board,

      Respondent

## N O T I C E

This case was docketed on November 6, 2023. The National Labor Relations Board is hereby notified that the attached is a true copy of the petition for review, which was filed on November 6, 2023, in the United States Court of Appeals for the District of Columbia Circuit, in the above-captioned case.

The Clerk is directed to transmit a copy of this notice, along with the petition for review, to respondent.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Hannah N. Gorman
       Deputy Clerk

Attachment:
      Certified Copy of Petition for Review