# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-1309**                  **September Term, 2023**

NLRB-FR8873946-10/27/2023

Filed On: November 7, 2023 [2025767]

Service Employees International Union,

    Petitioner

  v.

National Labor Relations Board,

    Respondent

### O R D E R

The petition for review in this case was filed and docketed on November 6, 2023, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | December 7, 2023 |
| Docketing Statement Form | December 7, 2023 |
| Procedural Motions, if any | December 7, 2023 |
| Statement of Intent to Utilize Deferred Joint Appendix | December 7, 2023 |
| Statement of Issues to be Raised | December 7, 2023 |
| Underlying Decision from Which Appeal or Petition Arises | December 7, 2023 |
| Dispositive Motions, if any | December 22, 2023 |

It is

**FURTHER ORDERED** that respondent submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1309**                                                                                  September Term, 2023

| | |
|---|---|
| Entry of Appearance Form | December 7, 2023 |
| Procedural Motions, if any | December 7, 2023 |
| Certified Index to the Record | December 22, 2023 |
| Dispositive Motions, if any | December 22, 2023 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondent a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Hannah N. Gorman
Deputy Clerk

The following forms and notices are available on the Court's website:

    Agency Docketing Statement Form
    Entry of Appearance Form
    Request to Enter Appellate Mediation Program
    Notice Concerning Expedition of Appeals and Petitions for Review
    Stipulation to be Placed in Stand-By Pool of Cases