# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## AGENCY DOCKETING STATEMENT
*Administrative Agency Review Proceedings (To be completed by appellant/petitioner)*

1. CASE NO. 23-1309    2. DATE DOCKETED: 11-06-2023
3. CASE NAME (lead parties only) Service Employees Int'l Union v. National Labor Relations Board
4. TYPE OF CASE: ☒ Review ☐ Appeal ☐ Enforcement ☐ Complaint ☐ Tax Court
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. Identify agency whose order is to be reviewed: National Labor Relations Board
   b. Give agency docket or order number(s): Standard for Determining Joint Employer Status 29 CFR Part 103
   c. Give date(s) of order(s): October 27, 2023
   d. Has a request for rehearing or reconsideration been filed at the agency? ☐ Yes ☒ No
      If so, when was it filled?    By whom?
      Has the agency acted? ☐ Yes ☐ No  If so, when?
   e. Identify the basis of appellant's/petitioner's claim of standing. See D.C. Cir. Rule 15(c)(2):
      The SEIU and its affiliates represent thousands of employees working in workplaces where the employees' wages, hours and other terms and conditions of employment are codetermined by by two or more employers, which will be directly impacted by the Rule under review.
   f. Are any other cases involving the same underlying agency order pending in this Court or any other?
      ☒ Yes ☐ No If YES, identify case name(s), docket number(s), and court(s)
      Chamber of Commerce v. NLRB, No. 6:23-cv-00553 (E.D. Tex. Nov. 9, 2023); SEIU v. NLRB, Case No. 21-cv-2443-RC (D.D.C.)
   g. Are any other cases, to counsel's knowledge, pending before the agency, this Court, another Circuit Court, or the Supreme Court which involve *substantially the same issues* as the instant case presents?
      ☐ Yes ☒ No If YES, give case name(s) and number(s) of these cases and identify court/agency:

   h. Have the parties attempted to resolve the issues in this case through arbitration, mediation, or any other alternative for dispute resolution? ☐ Yes ☒ No If YES, provide program name and participation dates.


Signature /s Adam Bellotti    Date 12-07-2023
Name of Counsel for Appellant/Petitioner Adam Bellotti
Address 805 15th Street, NW, Suite 1000, Washington, DC 20005
E-Mail abellotti@bredhoff.com    Phone ( 202 ) 842-2600    Fax ( 202 ) 842-1888

**ATTACH A CERTIFICATE OF SERVICE**

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement.

USCA Form 41
August 2009 (REVISED)

## CERTIFICATE OF SERVICE

I certify that on December 7, 2023, I caused the Docketing Statement to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. All participants in the case are registered CM/ECF users and will be served by the CM/ECF system.

                                              s/ *Adam Bellotti*
                                              Adam Bellotti