# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1309**                      **September Term, 2023**

NLRB-88FR73946

**Filed On:** August 26, 2024

Service Employees International Union,

       Petitioner

    v.

National Labor Relations Board,

       Respondent

------------------------------

Chamber of Commerce of the United States
of America, et al.,
       Intervenors

# **O R D E R**

Upon consideration of the joint motion to dismiss petition for review, it is

**ORDERED** that this petition be dismissed.

The Clerk is directed to issue the mandate forthwith to the agency.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                 BY:     /s/
                                                  Emily Campbell
                                                  Deputy Clerk