# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-1309**            **September Term, 2023**

**NLRB-88FR73946**

**Filed On: August 26, 2024** [2071713]

Service Employees International Union,

      Petitioner

    v.

National Labor Relations Board,

      Respondent

------------------------------

Chamber of Commerce of the United
States of America, et al.,
      Intervenors

## M A N D A T E

    In accordance with the order of August 26, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                        BY:   /s/
                               Emily K. Campbell
                               Deputy Clerk

Link to the order filed August 26, 2024